IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRIA FLOWERS BARNES,

     Plaintiff,

v.                                                                              Case 1:26-cv-01062-JDB-jay

FRANK BISIGNANO, Commissioner
of Social Security,

     Defendant.

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the appeal of the Plaintiff, Terria Flowers Barnes, of the decision of the Defendant, Frank Bisignano, Commissioner of Social Security (the "Commissioner"), denying her application for benefits. (Docket Entry ("D.E.") 1.) The case was referred to the United States magistrate judge for all matters, including report and recommendation, on June 22, 2026. (D.E. 17.) On July 14, 2026, Defendant filed a consent motion to reverse the decision of the Administrative Law Judge ("ALJ") and remand this action to the Commissioner. (D.E. 18.) Two days later, Magistrate Judge Jon A. York recommended that judgment be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the ALJ and remanding this case to the Commissioner under sentence four of section 205(g), 42 U.S.C. § 405(g). (D.E. 19.) As the allotted time for objections to the report and recommendation has expired, and there being none, the report and recommendation is hereby ADOPTED in its entirety. The Clerk is DIRECTED to terminate D.E. 18. Judgment shall enter.

IT IS SO ORDERED this 5th day of August 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE