IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRIA FLOWERS BARNES,

Plaintiff,

v. Case No. 1:26-cv-01062-JDB-jay

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT
28 U.S.C. § 2412

Before the Court is the motion of the Plaintiff, Terria Flowers Barnes, for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (Docket Entry 22.) For good cause shown, recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel, and as the relief sought is unopposed, the motion is GRANTED.

Accordingly, attorney's fees in the amount of $5,314.71 pursuant to the EAJA are awarded to Plaintiff. In the event the United States Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department's Offset Program, the payment for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Maren Miller Bam, by electronic funds transfer or by check.

Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Maren Miller Bam pursuant to

the EAJA assignment duly signed by Plaintiff. If payment is mailed, as opposed to electronically deposited, it shall be mailed to counsel's address of record:

Maren Miller Bam, Esq.
Salus Disability, LLC.
723 The Parkway
Richland, WA 99352.

IT IS SO ORDERED this 5th day of November 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE